**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TRACEY JOHNSON**                                                                                          **PLAINTIFF**

**V.**                                                    **NO. 3:19CV00339 JM-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                                  **DEFENDANT**

## <u>ORDER</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE