IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TRACEY JOHNSON                                                                                    PLAINTIFF

V.                                              3:19CV00339 JM

ANDREW SAUL,
Commissioner of Social Security                                                          DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees, docket # 15 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection to the motion. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees in the amount of $2,832.95 plus expenses in the amount of $20.07.  The fees and expenses in the amount of $2,853.02 should be payable directly to Plaintiff.  Accordingly, Plaintiff's motion, docket # 15, is GRANTED.

IT IS SO ORDERED this 16th day of December, 2020.

_____
James M. Moody Jr.
United States District Judge